IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SHAKOYA Q. HAYGOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cv-00257-BL |
| | ) | |
| CITY OF MONTGOMERY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On August 7, 2026, the Magistrate Judge recommended that the court grant summary judgment in favor of Defendant City of Montgomery. (Doc. 53). The Magistrate Judge set the deadline for the Plaintiff to file objections to the recommendation on August 21, 2026. (Doc. 53). To date, no objections have been filed.

After careful review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation of the Magistrate Judge and **ORDERS** as follows:

1. The Recommendation of the Magistrate Judge (doc. 53) is **ADOPTED**.

2. The Defendant's Motion for Summary Judgment (doc. 48) is **GRANTED**.

A separate final judgment will be entered.

**DONE** and **ORDERED** on this the 31st day of August, 2026.

BILL LEWIS
UNITED STATES DISTRICT JUDGE